# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW HOPKINS, | ) |
|     Plaintiff, | ) ) ) ) Case No. 1:22-cv-05433-JGK |
| v. | ) ) |
| TURNING POINT THERAPEUTICS, INC., ATHENA M. COUNTOURIOTIS, MARK ALLES, GARY NICHOLSON, CAROL GALLAGHER, PARTICK MACHADO, BARBARA BODEM, AND SIMEON GEORGE, | ) ) ) ) ) ) ) |
|     Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 17, 2022            **RIGRODSKY LAW, P.A.**

                                      By:  */s/ Gina M. Serra*
                                               Seth D. Rigrodsky
                                               Timothy J. MacFall
                                               Gina M. Serra
                                               Vincent A. Licata
                                               825 East Gate Boulevard, Suite 300
                                               Garden City, NY 11530
                                               Telephone: (516) 683-3516
                                               Email: sdr@rl-legal.com
                                               Email: tjm@rl-legal.com
                                               Email: gms@rl-legal.com
                                               Email: vl@rl-legal.com

                                               *Attorneys for Plaintiff*